UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KAY V. MYLES, ET AL

VERSUS

WELLS FARGO BANK, N.A. f/k/a
WELLS FARGO HOME MORTGAGE,
INC.

CIVIL ACTION

NUMBER 08-322-FJP-CN

**<u>RULING</u>**

This matter is before the Court on the debtors' motion to withdraw reference.[1]  The motion is denied.

This case is being actively handled by the Bankruptcy Judge. There is currently a motion to dismiss pending in the Bankruptcy Court.  It was only after this motion was filed by the defendant that the debtors sought to remove this case to the District Court.  After reviewing the record, it is clear that the Adversary Proceeding is a "core" proceeding in both of the bankruptcy cases.  The Court has also applied the six factors set forth by the Fifth Circuit in *Holland America Ins. Co. v. Succession of Roy*, 777 F.2d 999 (5th Cir. 1985).  These factors support the Court's decision to deny the motion to withdraw reference.

Having found the Adversary Proceeding pending in these two

---

[1] Rec. Doc. No. 1.

Doc#45265

USBC certified copy

bankruptcy cases are "core" proceedings and considering the *Holland* factors, the motion to withdraw reference is denied.

Defendant's motion for oral argument[2] is also denied.

The status conference set for July 1, 2008, at 10:30 a.m. is cancelled.

IT IS SO ORDERED.

Baton Rouge, Louisiana, June 26, 2008.

                                      FRANK J. POLOZOLA
                                      MIDDLE DISTRICT OF LOUISIANA

---

[2] Rec. Doc. No. 3.