UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KAY V. MYLES, ET AL

VERSUS

WELLS FARGO BANK, N.A. f/k/a
WELLS FARGO HOME MORTGAGE,
INC.

CIVIL ACTION

NUMBER 08-322-FJP-CN

**ORDER**

When this case was originally filed as Civil Action 07-698, the Court previously issued an order of recusal. Civil Action 07-698 was subsequently assigned to Judge James J. Brady. Upon motion of the defendant, Judge Brady transferred the case to the Bankruptcy Court. Thereafter, the parties refiled the current motion which the Clerk's Office filed as Civil Action 08-322 and was assigned to the undersigned. Because the Court has previously recused itself in this matter, the Court hereby again exercises his prerogative as a Senior Judge and declines to preside over this case.

IT IS SO ORDERED.

Baton Rouge, Louisiana, July 9, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45274